DAVID L. ANDERSON, CSBN 149604
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WILLIAMS,<br><br>         Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>         Defendant. | CIVIL NO. 3:19-cv-03603-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from April 22, 2020 to **May 22, 2020**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) has not been feeling well and has been out on intermittent sick leave. Counsel also had to take leave in mid-March to take care of her elderly mother, who also was ill. Counsel is the primary caregiver for her mother.

In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-June. Due to unexpected leave and heavy caseload, Counsel needs

additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings.

                Respectfully submitted,

Dated:  April 22, 2020      /s/  *Harvey Sackett*
                (*as authorized by email on April 22, 2020)
                HARVEY SACKETT
                Attorney for Plaintiff


Dated: April 22, 2020      DAVID L. ANDERSON
                United States Attorney
                DEBORAH LEE STACHEL
                Regional Chief Counsel, Region IX
                Social Security Administration

            By  /s/  *Tina L. Naicker*
                TINA L. NAICKER
                Special Assistant U.S. Attorney
                Attorneys for Defendant

              **ORDER**

APPROVED AND SO ORDERED:

DATED:_April 23, 2020      _____
                THE HON. WILLIAM H. ORRICK
                UNITED STATES DISTRICT COURT JUDGE