1 | HARVEY P. SACKETT (72488)
2 | **SACKETT AND ASSOCIATES**
3 | A PROFESSIONAL LAW CORP.
4 | 548 Market Street, Suite 38822
   | San Francisco, Ca 94104
5 | Telephone: (408) 295-7755
   | Facsimile:  (408) 295-7444
6 | /as
7 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA J. WILLIAMS, ) | Case No. 3:19-cv-03603-WHO |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until July 22, 2020, in which to e-file her Reply to OGC's Cross Motion for Summary Judgment. This extension is necessitated due to Plaintiff's counsel's upcoming schedule of administrative hearings and district court briefs due. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:  June 22, 2020          */s/HARVEY P. SACKETT*
                                HARVEY P. SACKETT
                                Attorney for Plaintiff
                                PAMELA J. WILLIAMS

1

STIPULATION AND ORDER

1 | Dated: June 22, 2020

*/s/TINA LAXMI NAICKER*
TINA LAXMI NAICKER
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 6/22/20]

IT IS ORDERED.

Dated: June 23, 2020

WILLIAM H. ORRICK
United States District Judge

STIPULATION AND ORDER