UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security<br>    Defendant. | Case No.: 3:19-cv-03603-WHO<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES (Dkt. 36) <u>AS AMENDED</u>. |

**[PROPOSED] ORDER**

For good cause appearing therein, IT IS HEREBY ORDERED that the Joint Stipulation for Extension of Time for Defendant To Respond to Plaintiff's Motion for Attorneys' Fees (Dkt. 36) is hereby GRANTED. The scheduling order shall be modified as follows:

- Defendant's Response to Plaintiff's Motion Due on or before: **September 23, 2022**
- Plaintiff's Optional Reply Brief due: **October 7, 2022.**
- **The September 14, 2022, hearing is VACATED and the matter will be taken under submission once fully briefed.**

**IT IS SO ORDERED.**

Dated: August 23, 2022

THE HONORABLE WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE